AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

DANIEL PRESTI and LOUIS GELORMINO,

*Plaintiff(s)*

v.  Civil Action No. 1:21-cv-03811

CITY OF NEW YORK, et al.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   (See attached Rider)


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John G. Balestriere
Matthew W. Schmidt
Balestriere Fariello
225 Broadway, Suite 2900
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# RIDER

| | |
|---|---|
| Defendant Name: | The City of New York |
| Address: | 100 Church Street |
| | New York, New York 10007 |

| | |
|---|---|
| Defendant Name: | Mayor Bill de Blasio |
| Address: | City Hall |
| | New York, New York 10007 |

| | |
|---|---|
| Defendant Name: | Office of the Sheriff of the City of New York |
| Address: | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Sheriff Joseph Fucito |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Sergeant Kenneth Matos |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Sergeant Richard LeBlond |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Sergeant Furney Canteen |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Deputy Sheriff Matt Anselme |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |

| | |
|---|---|
| Defendant Name: | Deputy Sheriff Rueshiem Jones |
| Address: | c/o Office of the Sheriff of the City of New York |
| | 3030 Third Avenue, 2nd Floor |
| | Bronx, New York 10455 |