UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DANIEL PRESTI and LOUIS GELORMINO,

                              Plaintiffs,

       – against –

CITY OF NEW YORK, BILL de BLASIO, MAYOR OF NEW YORK CITY, (in his official capacity), OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK, Sheriff JOSEPH FUCITO (individually and in his official capacity), Sergeant KENNETH MATOS (individually and in his official capacity), Sergeant RICHARD LEBLOND (individually and in his official capacity), Sergeant FURNEY CANTEEN (individually and in his official capacity), Deputy Sheriff MATT ANSELME (individually and in his official capacity), and Deputy Sheriff RUESHIEM JONES (individually and in his official capacity), and other DOES 1– 10,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

No.: 1:21-cv-03811 (PKC)(SJB)

**PLEASE TAKE NOTICE** that Assistant Corporation Counsel Joseph Pepe of the Office of the Corporation Counsel of the City of New York shall now appear in this matter for Defendants the City of New York, Bill de Blasio, Mayor of New York City (in his official capacity), and the Office of the Sheriff of the City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating

to this matter be directed to me at the address below, and that my name be inserted as Lead Counsel for these Defendants on the Docket Sheet.

Dated:     New York, New York
             August 9, 2021

**GEORGIA M. PESTANA**
*Corporation Counsel of the City of New York*
Attorney for Defendants City of New York, *et al.*
100 Church Street, Room 5-135
New York, New York 10007
(212) 356-3173
jpepe@law.nyc.gov

By:   /s/
      Joseph Pepe
      *Assistant Corporation Counsel*