# EXHIBIT A

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (212) 374-5421
Facsimile:      (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestirerefariello.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DANIEL PRESTI** and **LOUIS GELORMINO**,<br><br>                              Plaintiffs,<br><br>- against –<br><br>**CITY OF NEW YORK, BILL de BLASIO, MAYOR OF NEW YORK CITY, (in his official capacity), OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK,** Sheriff **JOSEPH FUCITO (individually and in his official capacity),** Sergeant **KENNETH MATOS (individually and in his official capacity),** Sergeant **RICHARD LEBLOND (individually and in his official capacity),** Sergeant **FURNEY CANTEEN (individually and in his official capacity),** Deputy Sheriff **MATT ANSELME (individually and in his official capacity),** and **Deputy Sheriff RUESHIEM JONES (individually and in his official capacity), and other DOES 1–10,**<br><br>                              Defendants. | Case No. 1:21-cv-03811 (PKC)(SJB)<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure ("Rule") 30, Plaintiffs Daniel Presti ("Presti") and Louis Gelormino ("Gelormino") will take a deposition by oral examination of Defendant Bill de Blasio, former Mayor of New York City. The deposition will take place at 10:00 a.m. EST on June 16, 2022, at the offices of Balestriere Fariello, 225 Broadway, 29th Floor, New York, New York 10007 before a Notary Public or officer duly authorized to administer oaths. Plaintiffs reserve the right to videotape the deposition and transcribe it stenographically. The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day unless otherwise agreed.

Dated: New York, New York
      May 24, 2022

By: _____
John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5421
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestirerefariello.com
*Attorneys for Plaintiff*

2