# EXHIBIT B



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

EMERGENCY EXECUTIVE ORDER NO. 159

DECLARATION EXTENDING LOCAL STATE OF EMERGENCY

November 3, 2020

EMERGENCY EXECUTIVE ORDER

WHEREAS, on March 7, 2020, New York State Governor Andrew Cuomo declared a State disaster emergency for the entire State of New York to address the threat that COVID-19 poses to the health and welfare of New York residents and visitors; and

WHEREAS, Emergency Executive Order No. 98, issued March 12, 2020 and extended most recently by Emergency Executive Order No. 151, issued October 5, 2020, contains a declaration of a state of emergency in the City of New York due to the threat posed by COVID-19 to the health and welfare of City residents, and such declaration remains in effect; and

WHEREAS, this Order is given because of the propensity of the virus to spread person-to-person and also because the actions taken to prevent such spread have led to property loss and damage; and

WHEREAS, measures taken to combat the spread of COVID-19 may prevent individuals, businesses and other entities from meeting legally imposed deadlines for the filing of certain documents or for the completion of other required actions; and

WHEREAS, this Order is given in order to ensure that the Governor's orders are enforced;

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law, the New York City Charter and the Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby direct that the State of Emergency declared in Emergency Executive Order No. 98, dated March 12, 2020, and extended by subsequent orders, is extended for thirty (30) days.

§ 2.  I hereby direct that section 1 of Emergency Executive Order No. 158, dated October 29, 2020 is extended for five (5) days.

§ 3.  a.  I hereby incorporate in this Order the provisions of Governor Executive Order No. 205.2 relating to quarantine restrictions on travelers arriving in New York.

b.  Sections 1 and 2 of Emerency Executive Order No. 141, issued on August 18, 2020, are modified to read as follows:

Section 1.  I hereby direct that prior to granting a guest access to lodging upon their arrival in New York City, all transitory hotels, motels, inns, dwellings offered for "short term rental," as defined in section 26-2101 of the Administrative Code, and private for-profit businesses providing temporary lodging for fewer than 30 days shall inquire whether the guest has travelled from a country to which the requirements of Governor Emergency Executive Order No. 205.1 concerning Travel Forms apply, or from a state, or territory to which the requirements of Governor Emergency Executive Order No. 205.2 concerning Traveler Health Forms apply, and require guests who answer affirmatively to provide proof of a completed Traveler Health Form. Such proof may be in the form of a screenshot of the certification page of a completed form on the guest's cellular phone or laptop.  If a guest who has travelled from such a country, state or territory  within the last 14 days does not provide such proof, they shall not be allowed access to a room until they have completed the Traveler Health Form, either by electronic means or on paper.

§ 2.  I hereby direct that all transitory hotels, motels, inns, dwellings offered for "short term rental" as defined in section 26-2101 of the Administrative Code and private for-profit businesses providing temporary lodging for fewer than 30 days shall make every effort to notify guests at the time of booking or reservation that guests arriving from or having traveled in country to which the requirements of Governor Emergency Executive Order No. 205.1 concerning Travel Forms apply, or from a state, or territory to which the requirements of Governor Emergency Executive Order No. 205.2 concerning Traveler Health Forms apply should complete the Traveler Health Form prior to their arrival in the City.

§ 4.  This Order incorporates any and all relevant provisions of Governor Executive Order No. 202 and subsequent orders issued by the Governor of New York State to address the State of Emergency declared in that Order pursuant to his powers under section 29-a of the Executive Law.

§ 5.  I hereby direct the Fire Department of the City of New York, the New York City Police Department, the Department of Buildings, the Sheriff, and other agencies as needed to immediately enforce the directives set forth in this Order in accordance with their lawful enforcement authorities, including but not limited to Administrative Code sections 15-227(a), 28-105.10.1, and 28-201.1, and section 107.6 of the New York City Fire Code. Violations of the directives set forth in this Order may be issued as if they were violations under the New York City Health Code, title 24 Rules of the City of New York sections 3.07 and 3.11, and may be enforced

as such by the Department of Health and Mental Hygiene or any other agency named in this section.

§ 6.   This Emergency Executive Order shall take effect immediately. The State of Emergency shall remain in effect for a period not to exceed thirty (30) days or until rescinded, whichever occurs first. Additional declarations to extend the State of Emergency for additional periods not to exceed thirty (30) days shall be issued if needed. The remainder of this Order shall remain in effect for five (5) days unless it is terminated or modified at an earlier date

_____
Bill de Blasio,
MAYOR