# EXHIBIT A

# Deposition Transcript

In the matter of:

# Presti, et al. v City of New York, et al.

# Joseph Fucito

**CERTIFIED COPY**

Reported by:

Galit Pinson
Notary Public



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380

JOSEPH FUCITO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL PRESTI AND LOUIS GELORMINO,

                              PLAINTIFFS,


              -against-        Case No.:

                  1:21-CV-03811(PKC)(SJB)


CITY OF NEW YORK, BILL de BLASIO, MAYOR OF
NEW YORK CITY, (IN HIS OFFICIAL CAPACITY),
OFFICE OF THE SHERIFF OF THE CITY OF NEW
YORK, SHERIFF JOSEPH FUCITO (INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY), SERGEANT
KENNETH MATOS (INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY), SERGEANT RICHARD
LEBLOND (INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY), SERGEANT FURNEY CANTEEN
(INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY), DEPUTY SHERIFF MATT ANSELME
(INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY), AND DEPUTY SHERIFF RUESHIEM
JONES (INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY), AND OTHER DOES 1-10,

                              DEFENDANTS.
----------------------------------------X

                  DATE: May 17, 2022

                  TIME: 1:37 P.M.

1             JOSEPH FUCITO

2

3             DEPOSITION of the Defendant,

4   JOSEPH FUCITO, taken by the Plaintiff,

5   pursuant to an agreement and to the Federal

6   Rules of Civil Procedure, held at the

7   remotely, before Galit Pinson, a Notary

8   Public of the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    JOSEPH FUCITO

 2   A P P E A R A N C E S:

 3

 4   BALESTRIERE FARIELLO
         Attorneys for the Plaintiffs
 5       DANIEL PRESTI AND LOUIS GELORMINO
         225 Broadway, 29th Floor
 6       New York, New York 10007
         BY: JOHN G. BALESTRIERE, ESQ.
 7           MANDEEP S. MINHAS, ESQ.
     john.balestriere@balestrierefariello.com
 8

 9
     ZACHARY E. CARTER, ESQ.
10       Attorneys for the Defendants
         CITY OF NEW YORK, BILL de BLASIO, MAYOR
11       OF NEW YORK CITY, (IN HIS OFFICIAL
         CAPACITY), OFFICE OF THE SHERIFF OF THE
12       CITY OF NEW YORK, SHERIFF JOSEPH FUCITO
         (INDIVIDUALLY AND IN HIS OFFICIAL
13       CAPACITY), SERGEANT KENNETH MATOS
         (INDIVIDUALLY AND IN HIS OFFICIAL
14       CAPACITY), SERGEANT RICHARD LEBLOND
         (INDIVIDUALLY AND IN HIS OFFICIAL
15       CAPACITY), SERGEANT FURNEY CANTEEN
         (INDIVIDUALLY AND IN HIS OFFICIAL
16       CAPACITY), DEPUTY SHERIFF MATT ANSELME
         (INDIVIDUALLY AND IN HIS OFFICIAL
17       CAPACITY), AND DEPUTY SHERIFF RUESHIEM
         JONES (INDIVIDUALLY AND IN HIS OFFICIAL
18       CAPACITY), AND OTHER DOES 1-10
         100 Church Street
19       New York, New York 10007
         BY: JOSEPH PEPE, ESQ.

20

21              *        *        *

22

23

24

25
```

1                    JOSEPH FUCITO

2          A.    I couldn't remember everyone.

3          Q.    Whomever you remember.  You

4    said you remember --

5          A.    I think it was the chief of the

6    police department.  There were several

7    members of the police department, several

8    members of the fire department, several

9    members of the health department, several

10   members of the facilities department.  I

11   think there was somebody from the office of

12   emergency management, several deputy

13   mayors, along those lines.

14         Q.    Were there any other members of

15   the New York City Sheriff's Office besides

16   you?

17         A.    No.

18         Q.    Did there come a time after

19   this phone call when you either spoke with

20   or met with Mayor de Blasio?

21         A.    Yes.

22         Q.    When?

23         A.    I think it was at some press

24   event.  He called me down to speak about

25   some of the things that we were doing with

1              JOSEPH FUCITO

2    COVID-19.  The checkpoints is the one I

3    remember popping in my head.

4         Q.    Do you remember when that was?

5         A.    No.

6               And then he also called me

7    about fireworks interdiction.

8         Q.    So were those two separate

9    calls, sir?

10        A.    Yes.

11        Q.    Let's talk about the first one.

12              Approximately how long after

13   that all-law-enforcement-head call was it

14   that you had this phone call with Mayor de

15   Blasio?

16        A.    I don't recall.

17        Q.    And you said you were asked to

18   come down to --

19        A.    To city hall.

20        Q.    So was it a phone call, then,

21   or you met with him?

22        A.    It was a very brief phone call,

23   and then I met him.  He had a -- he would

24   have these daily press conferences, and he

25   would have different heads of agencies

1            JOSEPH FUCITO

2  there.  And people would ask questions.

3        Q.    So were you present at the

4  press conferences?

5        A.    Several of them.  Yes.

6        Q.    So I guess now I'm just talking

7  about the first time that you met with

8  Mayor de Blasio after that

9  all-law-enforcement call.

10       A.    Right.

11       Q.    Do you remember the subject of

12  the press conference?

13       A.    It was always COVID-related.  I

14  know one of the topics was the checkpoints.

15  That was one of them.  Then another of the

16  press conferences was about fireworks.  We

17  formed the fireworks task force.

18       Q.    So you talked about two times

19  that you spoke with Mayor de Blasio before.

20            Are these the two times you

21  just testified right now, one about

22  checkpoints and one about fireworks?

23            MR. PEPE:  Objection.

24       A.    Yes.

25       Q.    How many -- if you recall, how

1              JOSEPH FUCITO

2    many press conferences in 2020 did you

3    attend with Mayor de Blasio?

4         A.    Four, maybe five.  Nothing

5    more.  Not more than that.

6         Q.    The first one of those was in

7    the spring of 2020?

8         A.    No.  I think it was further on.

9    Maybe May, June.

10        Q.    And then the last one of those,

11   if you remember?

12        A.    The fall.

13        Q.    So one, to the best of your

14   recollection, was about checkpoints.  And

15   I'll ask about what you mean by that in a

16   second.  The second one was fireworks

17   interdiction?

18        A.    Right.

19        Q.    Was that around July 4th?

20             MR. PEPE:  Objection.

21             (Whereupon, an off-the-record

22        discussion was held.)

23        Q.    So the second one, sir, was --

24   which regarded fireworks, was sometime

25   close to but before July 4th; is that

1                    JOSEPH FUCITO

2    correct?

3         A.    Yes.

4         Q.    The third one, to the best of

5    your recollection, when was that?

6         A.    August.

7         Q.    Do you remember what it was

8    about?

9         A.    No.

10              It was related to COVID.

11        Q.    The fourth one, to the best of

12   your recollection, when was that?

13        A.    Sometime in the fall.

14              I think it was related to

15   COVID, as well.

16        Q.    What specifically related to

17   COVID, do you remember?

18        A.    No.

19        Q.    Do you remember --

20        A.    Well, there was one we talked

21   at some point there was going to be a

22   possible reprieve of the eviction

23   moratorium.  I remember I was going in to

24   answer some questions on those.

25        Q.    Was that the fourth one, do you

1                   JOSEPH FUCITO

2    remember?

3         A.    I don't know the order, but I

4    know one of them is about -- we had studied

5    about eviction moratorium.

6         Q.    And I think your testimony was

7    there might have been a fifth one, but

8    you're not sure, right?

9         A.    Yeah.

10        Q.    When was the latest one, to the

11   best of your recollection, in 2020?

12        A.    The fall.

13        Q.    At each of these press

14   conferences, the four or five of them, you

15   met with the mayor, correct?

16        A.    Yes.

17        Q.    How long, if at all, would you

18   meet with the mayor prior to the press

19   conference?

20        A.    A minute, two minutes before.

21        Q.    With all of them?

22        A.    Yes.

23        Q.    And with all of them that we

24   can break it down, did you have any

25   meetings or discussions with the mayor

1              JOSEPH FUCITO

2  after the press conferences?

3       A.    Goodbye, hope your family is

4  well.  Small talk.

5       Q.    But no meetings?

6       A.    No.

7       Q.    Besides those press

8  conferences, during 2020 -- withdrawn.

9              Besides the phone call with all

10  the law enforcement and those press

11  conferences, did you have any phone calls

12  with the mayor in 2020, to the best of your

13  recollection?

14       A.    Yes.

15       Q.    Approximately how many?

16       A.    Four.

17       Q.    Do you remember when?

18              MR. PEPE:  Objection.

19       A.    I know in the summertime, some

20  of the COVID calls the mayor would jump on.

21  We had one in the fall.  The fall that year

22  was still a little hot, and people were

23  getting out and going to the park.  So

24  there was another call, group call.  The

25  last phone call, I believe, in 2020, was

1              JOSEPH FUCITO

2  related to the enforcement of a vacate

3  order.

4       Q.   Was that vacate order related

5  to Officer Danny Presti?

6       A.   Yes.

7            Four calls for the whole year.

8       Q.   So let's put aside the vacate

9  call, the Presti call, and the issues

10  there.

11           The others, were any of those

12  one-on-one?

13       A.   One of them was.

14       Q.   Regarding what topic?

15       A.   I think it was the eviction

16  moratorium.

17       Q.   And do you remember when that

18  was?

19       A.   No.

20       Q.   Besides those press conferences

21  and calls, did you ever meet the mayor in

22  person?

23           MR. PEPE:  Objection.

24       A.   Then or at other times?

25       Q.   I'm sorry.  I'll be more

1              JOSEPH FUCITO

2   specific.

3              So I'm just talking about in

4   2020 now.

5              You met the mayor at press

6   conferences, correct?

7      A.   Yes.

8      Q.   Besides the press conferences,

9   in 2020, did you meet with the mayor at any

10  time?

11     A.   No.

12     Q.   Besides the calls you testified

13  to and the press conferences, did you have

14  any other communication with the mayor,

15  including via e-mail?

16             MR. PEPE:  Objection.

17     A.   No.

18     Q.   Did you have a contact in the

19  mayor's office that you had any --

20  withdrawn.

21             Was there a specific person in

22  the mayor's office that you had any contact

23  with besides the mayor?

24     A.   The deputy mayors and their

25  chiefs of staff.

1                    JOSEPH FUCITO

2                    MR. PEPE:  Objection.

3          A.    Correct.

4          Q.    Do you know why the mayor

5    didn't use the New York City Police

6    Department to run these checkpoints?

7                    MR. PEPE:  Objection.

8          A.    No.

9          Q.    Did anyone discuss with you why

10   it was the sheriff's office that was being

11   used to enforce these checkpoints?

12         A.    Yes.

13         Q.    Who?

14         A.    I think it was the mayor's

15   counsel and the deputy mayor's office.

16         Q.    Who was the mayor's counsel?

17         A.    A gentleman named Mr. Longini.

18         Q.    Can you spell that name for me?

19         A.    L-O-N-G-I-N-I.

20         Q.    And I'm sorry.  Who else, a

21   deputy mayor, you said?

22         A.    The deputy mayor.

23         Q.    Which deputy mayor?

24         A.    Deputy Mayor Stamp wasn't the

25   deputy mayor.  I don't remember which one

```
 1              JOSEPH FUCITO
 2  was in office, if it was the first deputy
 3  mayor.
 4       Q.    Who was the first deputy mayor
 5  at this time, in the summer of 2020?
 6       A.    I'm trying to remember his
 7  name.  I can't think of his name.  I know
 8  he's the first deputy.
 9       Q.    So it wasn't the first deputy
10  mayor but someone in the first deputy
11  mayor's office?
12       A.    Right.
13       Q.    That person and the counsel
14  spoke with you, sir?
15       A.    Yes.
16       Q.    And what did they say?
17            MR. PEPE:  Objection, calls for
18        privileged information present on the
19        call with mayor's counsel,
20        Mr. Longini.
21       Q.    Sir, I'm going to ask you some
22  questions.  And right now I'm not asking
23  about what people said.
24            Was this a phone call?
25       A.    Yes.
```

```
 1              JOSEPH FUCITO
 2      Q.    Approximately how long did the
 3  phone call last, if you recall?
 4      A.    Twenty minutes.
 5      Q.    Who called whom?
 6      A.    I believe they called me.
 7      Q.    Were they both on the line
 8  together when they called you?
 9      A.    Yes.
10      Q.    This was before or after the
11  press conference related to the
12  checkpoints?
13            MR. PEPE:  Objection.
14      A.    Before.
15      Q.    Do you know about how long
16  before in terms of time?
17      A.    No.
18      Q.    Was it close in time, though, a
19  matter of days or a week or so?
20            MR. PEPE:  Objection.
21      A.    I know it was around the time
22  that we were set to do the checkpoints at
23  some point.  I don't know at what point.
24      Q.    Had you ever had any
25  communications with the mayor's counsel
```

1              JOSEPH FUCITO

2  prior to that time?

3       A.   Yes.

4       Q.   Regarding what?

5            MR. PEPE:  Objection, again,

6        calls for privileged information.

7            MR. BALESTRIERE:  Sorry.  I

8        didn't mean for that to happen.

9            When, is my question.

10       Q.   So when, prior to this call --

11  I just want to make sure I have the names.

12  We have Longini and someone from the first

13  deputy mayor's office, but you're not sure

14  who?

15            MR. PEPE:  Objection.

16       Q.   Man or woman?

17            MR. PEPE:  Objection.

18       A.   Many.

19       Q.   There was more than one person

20  on the call besides --

21            MR. BALESTRIERE:  Let me finish

22        the question, Counsel.

23       Q.   So you have the counsel.

24            That's Mr. Longini, right?

25       A.   Correct.

1              JOSEPH FUCITO

2      Q.    How many people were on the

3  call beside you and Mr. Longini?

4           MR. PEPE:  Objection.  Time

5       frame.

6      A.    I spoke to Mr. Longini many

7  times.  Different times there would be

8  other members of the mayor's counsel, like

9  deputy counsel, on the phone.  And then

10 other times it would be both male and

11 female members of the first deputy mayor's

12 office.

13     Q.    So now I'm talking about the

14 phone call that we started this discussion

15 with, which was regarding the checkpoints.

16           Mr. Longini and others called

17 you regarding the checkpoints, correct?

18     A.    Correct.

19     Q.    On that call, besides you and

20 Mr. Longini, how many other people were on

21 the call?

22     A.    I don't remember.  There was

23 more than me and Mr. Longini.  I just don't

24 know the number.

25     Q.    Was it only one or multiple

1              JOSEPH FUCITO

2        Q.    And did you speak with anyone

3   at the mayor's office during that time?

4        A.    Yes.

5        Q.    Who?

6        A.    I spoke with a member of the

7   Kapil Longini's team.  I don't remember the

8   attorney, but one of the attorneys in that

9   matter.  And I spoke to the mayor, because

10  I believe the vacate order happened in

11  between those events.

12       Q.    So with regards to someone --

13  it wasn't Mr. Longini, correct, that you

14  spoke to, or it was?

15       A.    It may have been Longini.  But

16  I had another conversations with one of his

17  deputies.

18       Q.    Between the undercover

19  operation and December 4th?

20       A.    Yes.

21       Q.    How many conversations did you

22  have with those in the counsel's office, to

23  the best of your recollection?

24            MR. PEPE:  Objection.

25       A.    Three.

1               JOSEPH FUCITO

2        Q.    What did you do in response to

3   those conversations, to the best of your

4   recollection?

5              MR. PEPE:  Objection.

6        A.    The request to enforce the

7   vacate order was given to us.  And we met

8   with the police department to carry out the

9   enforcement of the vacate order.

10        Q.    Who in the police department?

11        A.    It was the local precinct.

12        Q.    Do you remember which one?

13        A.    No.  I don't know if it was the

14   120 or the 121.

15        Q.    And who did you speak to at the

16   local precinct?

17        A.    I didn't speak.  I sent the

18   undersheriff, Julio Lopez.

19        Q.    Do you know, did Undersheriff

20   Lopez speak to the commanding officer of

21   that precinct, do you know?

22        A.    I don't know.  But I know he

23   spoke with high-level ranking members of

24   the precinct, but I couldn't tell you who

25   they were.

1              JOSEPH FUCITO

2         Q.    Do you know what they

3    discussed?  Withdrawn.

4              Do you know what Undersheriff

5    Lopez and those at the precinct discussed?

6              MR. PEPE:  Objection.

7         A.    They discussed the enforcement

8    of the vacate order.

9         Q.    Who issued the actual vacate

10   order, do you know?

11        A.    The Buildings Department.  And

12   there were some type of health order, as

13   well, that said that they were prohibited

14   from working -- if I remember, about the

15   time of the vacate order, there was a

16   vacate order, there was a Health Department

17   order, and there was a State Liquor

18   Authority order, and then also a State

19   Health Order.

20        Q.    You said you also actually did

21   speak with the mayor, correct?

22        A.    Yes.

23        Q.    When was that?

24        A.    Either day of -- there was

25   going to be a protest outside of Mac's Pub.

1                    JOSEPH FUCITO

2         Q.    So is this before December 4th,

3    do you remember?

4         A.    I believe so.

5         Q.    Did the mayor contact you?

6         A.    Yes.

7         Q.    What did you discuss?

8               MR. PEPE:  Objection, to the

9          extent it calls for privileged

10          material, if counsel was on that

11          call.

12               Perhaps rephrase it or ask --

13        Q.    Well, you said the mayor called

14    you.

15               Was anyone else on the call?

16        A.    His counsel may have been on

17    the phone call.  I don't know.

18        Q.    Well, I mean, that is important

19    here.

20               Prior to your lawyer bringing

21    up counsel, you had not.

22               So what do you remember the

23    mayor telling you?

24        A.    The mayor asked me to enforce

25    the vacate order.

```
1                    JOSEPH FUCITO
2         Q.    How long was that conversation?
3         A.    Thirty seconds.
4         Q.    Did the mayor simply call you?
5               Is that how this came about?
6         A.    Yes.
7         Q.    What else, if anything, did you
8    discuss?
9         A.    That was about it.  I asked if
10   I could have the police department assist,
11   and he said yes.
12        Q.    And did the police department
13   assist?
14        A.    Yes.
15        Q.    So the meeting that you
16   discussed between the undersheriff and the
17   police department, did that take place
18   after the meeting -- withdrawn -- did that
19   take place after the call with the mayor?
20              MR. PEPE:  Objection.
21        A.    Yes.
22        Q.    How did the police department
23   assist?
24        A.    They provided officers.
25        Q.    For what?
```