UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DANIEL PRESTI and LOUIS GELORMINO,

                         Plaintiffs,

       – against –

CITY OF NEW YORK, BILL de BLASIO, MAYOR OF NEW YORK CITY, (in his official capacity), OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK, Sheriff JOSEPH FUCITO (individually and in his official capacity), Sergeant KENNETH MATOS (individually and in his official capacity), Sergeant RICHARD LEBLOND (individually and in his official capacity), Sergeant FURNEY CANTEEN (individually and in his official capacity), Deputy Sheriff MATT ANSELME (individually and in his official capacity), and Deputy Sheriff RUESHIEM JONES (individually and in his official capacity), and other DOES 1– 10,

                         Defendants.

21-cv-03811 (PKC) (SJB)

------------------------------------------------------------------------ x

## VOLUNTARY WITHDRAWAL OF CERTAIN CLAIMS BY PLAINTIFFS WITH PREJUDICE ON CONSENT

Plaintiffs, DANIEL PRESTI ("Preti") and LOUIS GELORMINO ("Gelormino"), hereby voluntarily withdraw the following claims with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) with the consent of Defendants: (1) false arrest and false imprisonment against all Defendants on behalf of Presti; (2) negligent hiring/training/supervision/retention against all Defendants on behalf of both Plaintiffs; (3) defamation against Sheriff Joseph Fucito on behalf of Presti; and (4) all claims against the Office of the Sheriff of the City of New York and Mayor Eric Adams.

Plaintiffs also consent to withdrawal of the action as against the DOE Defendants.

Dated: New York, New York
November 15, 2022

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestirerefariello.com
*Attorneys for Plaintiff*

By: */s/ Matthew W. Schmidt*
    Matthew W. Schmidt

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Room 20-093
New York, New York 10007
tel:  (212) 356-2036
fax:  (212) 356-2038
gsinglet@law.nyc.gov

By: _____
    Gerald E. Singleton

SO ORDERED:

_____
U.S.D.J.