

# THE CITY OF NEW YORK
# LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ANJAN MISHRA**
*Senior Counsel*
Affirmative Litigation Division
(212) 356-2035
amishra@law.nyc.gov

March 21, 2024

**Via ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, New York 11201

    Re:    *Daniel Presti et al. v. City of New York et al.*, No. 1:21-cv-03811-PKC

Dear Judge Chen:

    This office represents the defendants in this action, which include the City of New York ("City") and the following six members of the City's Sheriff's Office, who have been sued individually and in their official capacities: (1) former Sheriff Joseph Fucito; (2) Sergeant Kenneth Matos; (3) Sergeant Richard LeBlond; (4) Sergeant Furney Canteen; (5) Deputy Sheriff Marjorie Anselme s/h/a Matt Anselme; (6) and Deputy Sheriff Rueshiem Jones (collectively, with the City, the "Defendants").

    In accordance with the Court's instructions, we write to advise that this afternoon we transmitted to the Court, via Box.com, a video file, which represents Exhibit 12 [Dkt. 45-17] to my attorney declaration [Dkt No. 45-5], dated January 13, 2023, which Defendants submitted in support of their motion for summary judgment.

Respectfully submitted,

Anjan Mishra (*he/him/his*)
Assistant Corporation Counsel