John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DANIEL PRESTI and LOUIS GELORMINO,**<br><br>Plaintiffs,<br><br>– against –<br><br>**CITY OF NEW YORK, BILL de BLASIO, MAYOR OF NEW YORK CITY, (in his official capacity), OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK, Sheriff JOSEPH FUCITO (individually and in his official capacity), Sergeant KENNETH MATOS (individually and in his official capacity), Sergeant RICHARD LEBLOND (individually and in his official capacity), Sergeant FURNEY CANTEEN (individually and in his official capacity), Deputy Sheriff MATT ANSELME (individually and in his official capacity), and Deputy Sheriff RUESHIEM JONES (individually and in his official capacity), and other DOES 1–10,**<br><br>Defendants. | Case No.: 1:21-cv-03811-PKC<br><br>**NOTICE AND PROPOSED ORDER OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that Matthew W. Schmidt is no longer associated with the firm of Balestriere Fariello and pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, Matthew W. Schmidt is hereby withdrawn as counsel for Plaintiffs Daniel Presti and Louis Gelormino in the above-captioned action. Balestriere Fariello, through the undersigned counsel of record, continues to serve as counsel for Plaintiffs Daniel Presti and Louis Gelormino.

Dated: New York, New York
      March 27, 2024

By: _____
John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Date:_____, 2024      _____
                                                              Pamela K. Chen, U.S.M.C.
                                                              United States District Judge